UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORDIA
CASE NO. 02-10091-CIV-HIGHSMITH

MAGISTRATE JUDGE
WHITE

2003 MAY -6 AM 9:42

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

David L. MEADOR,
    Plaintiff

v.

Major Taylor,
    Defendant

## AMENDED COMPLAINT

This is an Amended Complaint filed pursuant to 42 USC § 1983 against the defendant for violating the plaintiff's Constitutional Rights while Acting under color of law, without due process of law. Rule 8.

On or About January 10, 2002 in Monroe County Flordia at the Monroe County Jail, the defendant denied plaintiff his Constitutional Rights by failure to release plaintiff from State Custody as ordered by a State Court and (2) by denying plaintiff his right to file a Federal habes Corpus petition.

-2-

### Jurisdiction

This Court has personal Jurisdiction over this claim pursuant to 28 USC § 1343.

### Immunity

The defendant has No Immunity in this case because his Actions violate clearly established Law And the plaintiff is entitled to A legal remedy from this Court.

### Statement of Facts

1. On or About January 2, 2002 in Key West Flordia, the plaintiff was Arrested by the Monroe County Sheriff on A warrant from Warren County Ky. And incarcerated At the Monroe County Jail.

2. On or About January 3, 2002, the plaintiff was taken before Monroe District Court. The Court informed the plaintiff that if he waived Extridition, After Ten days if Kentucky failed to pick up plaintiff, he would be released.

-3-

3. On or About January 13, 2002, The plaintiff demanded to be released from custody by the Monroe County Jailor and was denied, violating his Const. Rights;

4. On or About January 13, 2002, the plaintiff typed a federal petition for Writ of habeas Corpus pursuant to 28 USC § 2254 and presented it to the Jailor for filing in the United States District Court. The Jailor refused to file the plaintiff's petition, denying him his Constitutional right;

5. On or About January 13, 2002, the plaintiff gave Notice of Withdraw of his waiver on Extradition because of the defendant's failure to release the plaintiff.

6. On or About January 15, 2002, the plaintiff was extradited back to Kentucky without a waiver of Extradition.

- 4 -

7. The defendant is directly responsible for Civil Rights violations against the plaintiff which resulted injuries to the plaintiff which entitle plaintiff to relief from the Court including money damages.

8. As a direct result of the defendant's personel Actions, the plaintiff was denied due process; loss of 2 boats, 1 van, All his personel effects, liberty, And transported across State line without Authority; denied redress of the Courts; And caused personel injury to plaintiff by denying his Constitutional Rights.

WHEREFORE, the plaintiff demand Judgment against the defendant in the Amount of $50,000 And All other relief the Court Finds Just Against the defendant.

On this 26 day of April, 2003.

*Donald L. Meador*

David Meador
420 Kentucky St.
Bowling Green, KY
42101

UNITED STATES District Court
Federal Courthouse Square
301 N. Miami Avenue Room 150
Miami, Florida 33128-7788

BOWLING GREEN KY APR 30'03

PB METER 5441442

U.S. POSTAGE $.37